2007–0704.   State ex rel. Lapp Roofing & Sheet Metal Co., Inc. v. Indus. Comm. Franklin App. No. 05AP–950, 2007-Ohio-933.